**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| RODNEY FLOWERS | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 9:19cv139 |
| ALAM SHANAWAR, ET AL. | § | |

### ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Rodney Flowers, proceeding *pro se*, filed the above-styled civil rights lawsuit against Alam Shanawar, John Wang and Sharon Parker. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

The defendants have filed a motion to dismiss. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the motion be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections to the Report and Recommendation were filed by the parties.

### ORDER

The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ACCEPTED**. The motion to dismiss (doc. no. 16) is **GRANTED**. A final judgment shall be entered dismissing this lawsuit.

So ORDERED and SIGNED, Mar 28, 2021.

_____
Ron Clark
Senior Judge